Submitted October 18, 1948; decided December 3, 1948.

*M. James Conboy* for motions.

*Floyd J. Reinhart* and *William J. Crangle, Jr.,* opposed.

Motion in first action by All States Freight, Inc., for leave to appeal denied on the ground an appeal lies as of right.

Motion in second action by All States Freight, Inc., for leave to appeal granted.